RECEIVED
SDNY PRO SE OFFICE
2019 JUL 19 PM 12:17
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES COURI

(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 CV 5436 (KPF)( )

-against-

GEORGE PAVIA ET AL

(List the full name(s) of the defendant(s)/respondent(s).)

**NOTICE OF APPEAL** and Fee waiver request + Motion to enlarge time to file appeal due to illness (see Exh A).

Notice is hereby given that the following parties: JAMES COURI

NOTE: Filed Motion on 7-15-19 to enlarge time to file Appeal due to hospitalization illness (see Ex A here)

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: 6-21-19

(date that judgment or order was entered on docket)

that: Order dismisses Complaint before served. Court misapplied, misunderstood, violated 28 USC 455 Mandates of Disqualification also for bias + Ruling of Supreme Court, rulings in violating rights

(If the appeal is from an order, provide a brief description above of the decision in the order.)

7-18-19

Dated

Signature JAMES COURI

Couri James

Name (Last, First, MI)

575 Madison Ave. 10th Fl NYC NY 10022

Address City State Zip Code

212-605-0277

Telephone Number

Courijames@gmail.com

E-mail Address (if available) (Mr Couri will leave e-mail to this #)

(See fee waiver request due to illness + hospitalization etc)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

# EXHIBIT A

1. REQ FOR EXTENSION (7-15-19)
2. MEDICAL EXHIBITS
3. FEE WAVER REQUEST + OFFER TO PAY APP FEES IN 3 MONTHLY PARTS. (7-18-19)

FILED 7-17-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES COURI
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

GEORGE PAVIA et al
(to long to list)
(List the full name(s) of the defendant(s)/respondent(s).)

19 CV 5436 KPF ( )

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**
Due to in hospital Cancer & other Medical Treatments, see Exhibits)

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 6-21-19 (date) but did not file a notice of appeal within the required time period because: (I require 3 Months) if 6-21-19 Order not Vacated.
I am Pro-Se and have been undergoing Cancer Treatment + recent abdominal Surgery + Quad ByPass (Heart) See Exhibits A, A1, A-2, A3 + Medical Affs Ex to Complaint. Will be in Hospital this week Time of 90 days if Order not vacated at UCLA, Los Angeles + Sloan Kettering NY,
(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: 7-15-19

Signature: [signature]

COURI, JAMES C
Name (Last, First, MI)

575 MADISON AVE 10th FL, NYC NY 10022
Address City State Zip Code

212-605-0277
Telephone Number

Courijames@gmail.com (Mr. Couri will get email)
E-mail Address (if available)

Rev. 12/23/13

Exhibit A

**ED Provider Notes by Sonner, Richard A., MD at 05/10/19 1647 (continued)**

Arrived by Wheelchair [4]

5-10-2019

ED Triage Vitals [05/10/19 1623]

| Temp | Temp Source | BP | Heart Rate | Resp | SpO2 | O2 Device | Pain Score | Weight |
|---|---|---|---|---|---|---|---|---|
| **36.9 °C (98.4 °F)** | **Oral** | **(!) 88/55** | **94** | **18** | **90 %** | **None (Room air)** | **Eight** | **(!) 104.3 kg (230 lb)** |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Hydromorphone<br>*Altered mentation*<br>*Altered mentation* | Other (See Comments) |

### Initial Physician Contact

Comprehensive Exam Initiated
Contact Date: 05/10/19
Contact Time: 1642

### History

HPI

James C Couri this 80-year-old male with past medical history of esophageal cancer status post esophagectomy, CAD (s/p stent x8, last 2007; CABG x4, 9/2017), HLD, COPD, HTN, metastatic melanoma with e/o recurrence (restarted pembrolizumab 3/25) who presents with abdominal pain and near-syncope after eating.

States he has had worsening abdominal pain with eating for the past 2 months, however today is worse than it ever has been. He was recently seen by GI doctor here he did an EGD but was unable to perform Botox the pylorus due to food in the stomach. Patient is having issues with gastroparesis, which GI believes is the cause of his pain. Patient has only been able to eat soft foods like cottage cheese and peaches.

Came for some soup today, stomach was giving him pain after eating soup. Almost passed out while sitting on the bench, had a momentary black out with no LOC.

Patient he has baseline dyspnea on exertion, a few days ago noticed he had some increased swelling of the extremities and took a Lasix which helped. However is concerned that he had edema swelling since he has been on a low salt diet.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Allergic state | |
| • Ankylosing spondylitis (HCC/RAF) | |

EXHIBIT A

**ED Provider Notes by Sonner, Richard A., MD at 05/10/19 1647 (continued)**

| | |
|---|---|
| • Anxiety | 1/2/2014 |
| • Basal cell carcinoma | |
| • Borderline diabetes | |
| • BPH (benign prostatic hyperplasia)<br>*S/p TURP 1991* | |
| • CAD (coronary artery disease)<br>*Multivessel disease* | |
| • Cataract<br>*cataract sx w/Dr. Hamilton* | |
| • CHF (congestive heart failure) (HCC/RAF) | |
| • COPD (chronic obstructive pulmonary disease) (HCC/RAF) | |
| • Degenerative disk disease | |
| • Depression, major, recurrent, moderate (HCC/RAF) | 10/29/2014 |
| • Diabetes mellitus (HCC/RAF) | |
| • Diarrhea | 9/17/2014 |
| • Dyslipidemia | |
| • Hypertension | |
| • Lung metastasis (HCC/RAF) | 5/16/2014 |
| • Macular degeneration | |
| • Melanoma (HCC/RAF)<br>*Metastatic, now in remission s/p ipilimumab* | |
| • Metastasis to lymph nodes (HCC/RAF) | 6/6/2014 |
| • Pneumonia | 8/14/2015 |
| • Squamous cell carcinoma | |
| • Syncope<br>*Unknown etiology (unremarkable Holter and MRI)* | |
| • Tear film insufficiency | |
| • Weight loss | 9/13/2016 |
| • Winged scapula<br>*R-sided, 2/2 complication from central line placement* | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • APPENDECTOMY | | |
| • CARDIAC SURGERY | | |
| • CORONARY ARTERY BYPASS GRAFT | | |
| • ESOPHAGUS SURGERY<br>*1994, esophagectomy due to Barrett's* | | |
| • EXCISION OF SKIN TAG | | |
| • EYE SURGERY<br>*cataract od and os* | | 01/12/2016 |
| • FRACTURE SURGERY | | |
| • HERNIA REPAIR<br>*Complicated by mesh infection* | | |
| • JOINT REPLACEMENT<br>*hip* | Left | 2011 |
| • MOHS SURGERY | | |

**Past Family History**

family history includes Cancer in his father.

**Past Social History**

he reports that he quit smoking about 31 years ago. His smoking use included Cigarettes. He has a 30.00 pack-year smoking history. He has quit using smokeless tobacco. He reports that he does not drink alcohol or use drugs. His sexual activity history is not on file.

Review of Systems
Constitutional: Negative for fatigue.
HENT: Negative for congestion and sore throat.
Eyes: Negative for pain.
Respiratory: Negative for chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting.
Genitourinary: Negative for dysuria.
Musculoskeletal: Negative for myalgias.
Skin: Negative for color change and rash.
Neurological: Negative for dizziness and headaches.
Psychiatric/Behavioral: Positive for suicidal ideas.

**Physical Exam**

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: Pupils are equal, round, and reactive to light. EOM are normal.
Neck: Normal range of motion. No tracheal deviation present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No stridor. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no rebound and no guarding.
**Hard central abdominal area**
Musculoskeletal: Normal range of motion. He exhibits no edema or deformity.
**Moving all extremities spontaneously.**
Neurological: He is alert and oriented to person, place, and time. He exhibits normal muscle tone.
Skin: Skin is warm and dry. He is not diaphoretic.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Medical Decision Making**

James C Couri is a 80 y.o. male with past medical history of esophageal cancer status post esophagectomy, CAD (s/p stent x8, last 2007; CABG x4, 9/2017), HLD, COPD, HTN, metastatic melanoma with e/o recurrence (restarted pembrolizumab 3/25) who presents with abdominal pain and near-syncope after eating.

EKG and troponins unchanged from baseline. Patient without chest pain, unlikely ACS.

CT abdomen and pelvis with IV contrast does not show acute issues. Patient passed p.o. Challenge as per

**ED Provider Notes by Sonner, Richard A., MD at 05/10/19 1647 (continued)**

recommendations with GI, who states if patient will be discharged, ok to see him during scheduled appt and stay full liquid diet until then. If will be admitted, please reconsult.

Pt continues to have hypotension, likely in setting of vasovagal episode with dehydration, patient responded well to 250 cc bolus. Blood pressure usual baseline is 100s, has been in 80s-90s here, went up To 110s with small bolus. However as patient is elderly, want more time to have patient re-hydrate. Patient also usually saturates in low 90s without O2, patient here requiring about 1L NC to keep in low 90s. Doubt hypotension 2/2 infectious process given normal white count and no other localizing causes. CXR with atalectasis vs possible PNA, however patient without symptomatic SOB and no WBC, no cough. Will attempt metanebs and reassess to decide obs vs floor.

Last Recorded Blood Pressure (mmHg):

| | |
|---|---|
| 05/10/19 | 93/59 |
| 05/07/19 | 104/55 |
| 05/01/19 | 97/67 |
| 04/16/19 | 130/79 |
| 04/16/19 | 113/73 |

### Chart Review

Previous medical records requested.
Pertinent items reviewed: chart review

## ED Course

### Laboratory Results

Labs Reviewed
CBC - Abnormal; Notable for the following:

| Result | Value |
|---|---|
| Red Cell Distribution Width-SD | 52.5 (*) |
| Mean Platelet Volume | 9.2 (*) |
| All other components within normal limits | |

ELECTROLYTE PANEL - Normal
CREATININE,WHOLE BLOOD - Normal
GLUCOSE - Normal
UREA NITROGEN - Normal
PROTHROMBIN TIME PANEL - Normal
HEPATIC FUNCT PANEL - Normal
LIPASE - Normal
BNP - Normal
LACTATE - Normal
TROPONIN I
TYPE AND SCREEN

### Imaging Results

CT abd+pelvis w contrast
Final Result by Homer, Suzanne Y., MD (05/10 1857)
IMPRESSION:

A

1. No acute findings in the abdomen or pelvis.
2. Diverticulosis of the sigmoid colon without evidence for diverticulitis.
3. Stable appearance of large coarse calcified mesenteric mass likely representing sequela of prior granulomatous disease.

Signed by: Suzanne Homer 5/10/2019 6:57 PM

XR chest ap portable (1 view)
**Final Result by Homer, Suzanne Y., MD (05/10 1742)**
IMPRESSION:

Status post median sternotomy and intrathoracic gastric pull-through. Multiple lung resections.
New left basilar opacity likely represents small pleural effusion and/or atelectasis. Pneumonia cannot be excluded.
Probable atelectasis of the right lung base.
Scattered areas of bronchial wall thickening may represent bronchitis.
Cardiomediastinal silhouette appears stable.
No acute osseous abnormalities.

Signed by: Suzanne Homer 5/10/2019 5:42 PM

**Consults**

| Time | Service |
|---|---|

**Progress Notes / Reassessments**

**ED Course** as of May 10 2143
**Fri May 10, 2019**

| | |
|---|---|
| 1752 | Troponin negative, BNP normal. CBC, BMP unremarkable. Awaiting abd labs. [AY] |
| 1858 | Spoke to Dr Ghassemi who stated ok with CT abd/pelvis with contrast, if nothing new and notable, can do PO trial with liquids and discharge. Patient will have procedure with Dr. Ghassemi on 5/16. [AY] |
| 2036 | Patient passed PO trial test. However, patient |

**ED Provider Notes by Sonner, Richard A., MD at 05/10/19 1647 (continued)**

remains mildly hypotensive to 80s-90s systolic with MAP >70s, down from usual 100s systolic. Patient without clear source of infection, WBC not elevated, not having increased SOB from baseline, with CXR that shows some atalectasis but not clearly pneumonia. Talked to Hospitalist who recommended trialing 1L fluids and reassessment. If patient up to 90s-100s systolic after, then can admit to obs. If patient does not increase, will send to floor. Signed out to Dr. Ferreira pending bolus trial. [AY]

2136 Patient with home medications. Ok for patient to take medications except for home BP medications. [AY]

**ED Course User Index**
[AY] Yap, Anna L., MD

Time Notes

**ED Procedure Notes**

Any ED procedures performed are documented on separate ED procedure notes.

## Clinical Impression

1. **Abdominal pain, acute**
2. Hypotension, unspecified hypotension type

## Disposition and Follow-up

Disposition:

**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 5/20/2019 | 10:20 AM | Yoo, Sun M., MD | INT MED 420 | MEDICINE |
| 5/28/2019 | 8:20 AM | Chmielowski, Bartosz, MD | HEMON MP1550 | MEDICINE |
| 5/28/2019 | 9:00 AM | Chmielowski, Bartosz, MD | HEMON MP1550 | MEDICINE |
| 5/28/2019 | 12:45 PM | Al-Hashimi, Saba K., MD | DS CORNEA | OPH |
| 5/28/2019 | 3:00 PM | Aksoy, Olcay, MD | CRD CSCS 630 | MEDICINE |

| | | | | |
|---|---|---|---|---|
| 6/18/2019 | 8:30 AM | Cherry, Grace, NP | HEMON MP1550 | MEDICINE |
| 6/18/2019 | 9:00 AM | Konecny, Gottfried E., MD | HEMON MP1550 | MEDICINE |
| 7/9/2019 | 8:20 AM | Chmielowski, Bartosz, MD | HEMON MP1550 | MEDICINE |
| 7/9/2019 | 9:00 AM | Chmielowski, Bartosz, MD | HEMON MP1550 | MEDICINE |
| 7/30/2019 | 8:40 AM | Chmielowski, Bartosz, MD | HEMON MP1550 | MEDICINE |
| 7/30/2019 | 9:00 AM | Chmielowski, Bartosz, MD | HEMON MP1550 | MEDICINE |

Follow up with: No follow-up provider specified.

Return precautions are specified on After Visit Summary.

**New Prescriptions**

No medications on file

Orders Placed This Encounter

- XR chest ap portable (1 view)
- CT abd+pelvis w contrast
- CBC without differential
- Electrolyte Panel [Na, K, Cl, CO2]
- Creatinine
- Glucose
- Urea Nitrogen
- Prothrombin Time Panel
- Troponin I
- Hepatic Funct Panel
- Lipase
- B-type natriuretic peptide (BNP)
- Lactate
- Diet blenderized liquid
- ECG, 12 lead
- ED 12 LEAD ECG
- Type and screen
- DISCONTD: sodium chloride 0.9% IV soln bolus 500 mL
- sodium chloride 0.9% IV soln bolus 250 mL
- sodium chloride 0.9% IV soln
- iohexol (Omnipaque) 350 mg/mL inj 125 mL
- sodium chloride 0.9% IV soln bolus 1,000 mL
- **AND Linked Order Group**
  - albuterol (2.5 mg/0.5 mL) 0.5% nebu soln 5 mg
  - ipratropium 0.02% nebu soln 500 mcg

**Resident Signature**

**ED Provider Notes by Sonner, Richard A., MD at 05/10/19 1647 (continued)**

Ferreira, Elizabeth T., MD
Resident
05/10/19 2255

Yap, Anna L., MD
Resident
05/10/19 2349

**Attestation**

## ATTENDING NOTE

I have performed a history and physical exam of this patient and discussed the management with the resident. I have reviewed the resident note and agree with the documented findings and plan of care.

Sonner, Richard A., MD
05/12/19 1212

Yap, Anna L., MD
Resident
06/14/19 0443

Sonner, Richard A., MD
06/17/19 1154

Electronically signed by Sonner, Richard A., MD at 06/17/19 1154

***** End of Report *****

**Discharge Summaries by Zhang, Bingnan, MD at 05/11/19 1245**

| | | |
|---|---|---|
| Author: Zhang, Bingnan, MD | Service: Medicine - General Internal | Author Type: Physician |
| Filed: 05/11/19 1317 | Date of Service: 05/11/19 1245 | Creation Time: 05/11/19 1311 |
| Status: Signed | Editor: Zhang, Bingnan, MD (Physician) | |

RONALD REAGAN UCLA MEDICAL CENTER
757 WESTWOOD PLAZA
LOS ANGELES CA 90095-8358

Couri [redacted]
MRN: [redacted], DOB: 4/4/1939, Sex: M

**H&P by Girgis, Mark D., MD at 06/05/19 0519 (continued)**

Patient with known gastroparesis. Has undergone EGD with botox injections in an attempt to improve gastric emptying. Symptoms have persisted. Patient presents today for laparoscopic, possible open pyloroplasty.

6-18-2019

Re abdominal Surgery

M. Gergis

## Past Medical Hx:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Allergic state | |
| • Ankylosing spondylitis (HCC/RAF) | |
| • Anxiety | 1/2/2014 |
| • Basal cell carcinoma | |
| • Borderline diabetes | |
| • BPH (benign prostatic hyperplasia)<br>*S/p TURP 1991* | |
| • CAD (coronary artery disease)<br>*Multivessel disease* | |
| • Cataract<br>*cataract sx w/Dr. Hamilton* | |
| • Cellulitis | 5/28/2019 |
| • CHF (congestive heart failure) (HCC/RAF) | |
| • COPD (chronic obstructive pulmonary disease) (HCC/RAF) | |
| • Degenerative disk disease | |
| • Depression, major, recurrent, moderate (HCC/RAF) | 10/29/2014 |
| • Diabetes mellitus (HCC/RAF) | |
| • Diarrhea | 9/17/2014 |
| • Dyslipidemia | |
| • Hypertension | |
| • Lung metastasis (HCC/RAF) | 5/16/2014 |
| • Macular degeneration | |
| • Melanoma (HCC/RAF)<br>*Metastatic, now in remission s/p ipilimumab* | |
| • Metastasis to lymph nodes (HCC/RAF) | 6/6/2014 |
| • Pneumonia | 8/14/2015 |
| • Squamous cell carcinoma | |
| • Syncope<br>*Unknown etiology (unremarkable Holter and MRI)* | |
| • Tear film insufficiency | |
| • Weight loss | 9/13/2016 |
| • Winged scapula<br>*R-sided, 2/2 complication from central line placement* | |

## Past Surgical Hx:

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • APPENDECTOMY | | |
| • CATARACT EXTRACTION, BILATERAL | | 01/12/2016 |
| • CORONARY ARTERY BYPASS GRAFT | | 09/14/2017 |
| • ESOPHAGECTOMY<br>*1994, esophagectomy due to Barrett's* | | 1994 |
| • EXCISION OF SKIN TAG | | |
| • HERNIA REPAIR | | |

EXHIBIT A-1

**H&P by Girgis, Mark D., MD at 06/05/19 0519 (continued)**

*Complicated by mesh infection*

- MOHS SURGERY
- TOTAL HIP ARTHROPLASTY — Left — 2011
  *hip*

## Social Hx:

**Social History**

Substance Use Topics

- Smoking status: Former Smoker
  - Packs/day: 1.00
  - Years: 30.00
  - Types: Cigarettes
  - Quit date: 8/21/1987
- Smokeless tobacco: Former User
- Alcohol use: No

## Allergies:

**Allergies**

| Allergen | Reactions |
|---|---|
| Hydromorphone<br>*Altered mentation*<br>*Altered mentation* | Other (See Comments) |

## Home Medication:

**Prior to Admission medications**

| Medication | Sig | Start Date | End Date | Taking ? | Authorizing Provider |
|---|---|---|---|---|---|
| amoxicillin-clavulanate 875-125 mg tablet | Take 1 tablet by mouth two (2) times daily for 10 days. | 5/28/19 | 6/7/19 | | Snow, Matthew, DPM |
| aspirin 81 mg EC tablet | Take 1 tablet (81 mg total) by mouth daily. | 2/11/19 | | | Baas, Arnold S., MD |
| atorvastatin 80 mg tablet | Take 1 tablet (80 mg total) by mouth daily. | 2/11/19 | | | Baas, Arnold S., MD |
| carboxymethylcellulose (RETAINE CMC) 0.5% ophthalmic solution | Place 1 drop into both eyes three (3) times daily as needed . | | | | Provider, Historical, MD |
| clopidogrel 75 mg tablet | Take 300mg on day 1, then 75mg daily thereafter. Patient taking differently: Take 75 mg by mouth daily . | 4/12/19 | | | Yoo, Sun M., MD |
| dicyclomine 20 mg tablet | | 4/30/19 | | | Provider, Historical, MD |
| ezetimibe 10 mg tablet | Take 1 tablet (10 mg total) by mouth daily. | 2/11/19 | | | Baas, Arnold S., MD |
| metoprolol succinate 25 mg 24 hr tablet | Take 0.5 tablets (12.5 mg total) by mouth daily. | 5/28/19 | 5/27/20 | | Aksoy, Olcay, MD |
| naproxen 250 mg tablet | Take 250 mg by mouth two (2) times daily as needed . | | | | Provider, Historical, MD |
| pantoprazole 40 mg DR tablet | Take 1 tablet (40 mg total) by mouth daily. | 4/11/19 | | | Waterman, Benjamin A., MD |



A-1

**H&P by Girgis, Mark D., MD at 06/05/19 0519 (continued)**

| | | | |
|---|---|---|---|
| prednisoLONE acetate 1% ophthalmic suspension | Place 1 drop into the left eye daily. | 5/7/19 | Al-Hashimi, Saba K., MD |
| ranolazine 500 mg 12 hr tablet | Take 1 tablet (500 mg total) by mouth two (2) times daily. | 5/28/19 | Aksoy, Olcay, MD |
| venlafaxine 75 mg tablet | Take 1 tablet (75 mg total) by mouth two (2) times daily. | 5/15/18 | Merrill, David A., MD, PhD |

**Review of Systems:** 14 point systems reviewed and negative except for as stated in HPI

**Physical Exam:**

Last Recorded Vital Signs:

| | 06/05/19 0734 |
|---|---|
| BP: | 96/71 |
| Pulse: | 85 |
| Resp: | 16 |
| Temp: | 37.2 °C (99 °F) |
| SpO2: | (!) 91% |

General: No acute distress.
Neuro: Awake, alert and oriented, no acute distress. Moves all extremities
Resp: unlabored breathing.
Abdomen: Soft, non distended.

**Assessment:**
James C Couri is a 80 y.o. PMH history of metastatic melanoma to the lungs on pembroliumab, Barrett's esophagus s/p esophagectomy 1994, gastroparesis, CAD s/p CABG x4, stent x8), MDD, HTN. Patient with known gastroparesis, here now for laparoscopic, possible open pyloroplasty

**Plan:**
To the operating room today for laparoscopic possible open pyloroplasty.

Attending attestation:
I discussed and examined the patient with the resident during the history and physical. I discussed the plan with the resident and agree to the findings presented as documented in the resident's note.
Mark D. Girgis

Electronically signed by Girgis, Mark D., MD at 06/13/19 0950

***** End of Report *****

**Op Note by Girgis, Mark D., MD at 06/05/19 1449**

Author: Girgis, Mark D., MD
Filed: 06/12/19 1006
Status: Signed

Service: Surgery - Oncology (C)
Date of Service: 06/05/19 1449
Editor: Girgis, Mark D., MD (Physician)

Author Type: Physician
Creation Time: 06/12/19 0949

**DATE OF OPERATION:**

A-1

06/12/19

**PREOPERATIVE DIAGNOSIS:**
Gastroparesis

**ADDITIONAL PREOPERATIVE KNOWN MEDICAL DIAGNOSIS:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Allergic state | |
| • Ankylosing spondylitis (HCC/RAF) | |
| • Anxiety | 1/2/2014 |
| • Basal cell carcinoma | |
| • Borderline diabetes | |
| • BPH (benign prostatic hyperplasia)<br>*S/p TURP 1991* | |
| • CAD (coronary artery disease)<br>*Multivessel disease* | |
| • Cataract<br>*cataract sx w/Dr. Hamilton* | |
| • Cellulitis | 5/28/2019 |
| • CHF (congestive heart failure) (HCC/RAF) | |
| • COPD (chronic obstructive pulmonary disease) (HCC/RAF) | |
| • Degenerative disk disease | |
| • Depression, major, recurrent, moderate (HCC/RAF) | 10/29/2014 |
| • Diabetes mellitus (HCC/RAF) | |
| • Diarrhea | 9/17/2014 |
| • Dyslipidemia | |
| • Hypertension | |
| • Lung metastasis (HCC/RAF) | 5/16/2014 |
| • Macular degeneration | |
| • Melanoma (HCC/RAF)<br>*Metastatic, now in remission s/p ipilimumab* | |
| • Metastasis to lymph nodes (HCC/RAF) | 6/6/2014 |
| • Pneumonia | 8/14/2015 |
| • Squamous cell carcinoma | |
| • Syncope<br>*Unknown etiology (unremarkable Holter and MRI)* | |
| • Tear film insufficiency | |
| • Weight loss | 9/13/2016 |
| • Winged scapula<br>*R-sided, 2/2 complication from central line placement* | |

**POSTOPERATIVE DIAGNOSIS:**
same

RONALD REAGAN UCLA MEDICAL CENTER
757 WESTWOOD PLAZA
LOS ANGELES CA 90095-8358

Couri, James C
M[redacted], DOB: 4/4/1939, Sex: M

**Op Note signed by Ardehali, Abbas, MD at 09/19/17 1802**

Author: Ardehali, Abbas, MD
Filed: 09/19/17 1802
Status: Signed
Service: Surgery - Cardiac
Date of Service: 09/14/17 0001
Editor: Ardehali, Abbas, MD (Physician)
Author Type: Physician
Creation Time: 09/16/17 0612

TITLE:
OPERATIVE REPORT

DATE OF OPERATION:
09/14/2017

Good Cardiac Bypass Surgery – Post Physical attacks by Deputy Sheriffs Rina Berg; at courthouse; Baker & Esty; Physical abuse etc 5-2017 – 8-2017

FIRST ASSISTANT:
Robert Lyons, MD.

SECOND ASSISTANT:
Allison Y. Chavarria, NP.

PREOPERATIVE DIAGNOSIS:

1. Coronary artery disease.
2. Status post multiple percutaneous coronary interventions.
3. Hypertension.
4. Dyslipidemia.
5. Chronic obstructive pulmonary disease.
6. Metastatic melanoma.
7. Recent Plavix use.
8. History of esophagectomy.

POSTOPERATIVE DIAGNOSIS:

1. Coronary artery disease.
2. Status post multiple percutaneous coronary interventions.
3. Hypertension.
4. Dyslipidemia.
5. Chronic obstructive pulmonary disease.
6. Metastatic melanoma.
7. Recent Plavix use.
8. History of esophagectomy.

NAME OF OPERATION:

1. Urgent coronary artery bypass grafting x4 with left internal mammary artery to left anterior descending, reverse saphenous vein graft to diagonal, posterior descending artery, and acute marginal.
2. Endoscopic saphenous vein harvest.
3. Epiaortic and epicardial scanning.
4. Transesophageal echocardiogram.

SURGEON:
Abbas Ardehali, MD (P12503)

ANESTHESIA:
General endotracheal.

EXHIBIT A-2

INDICATIONS:
Mr. Couri is a 78-year-old gentleman with the above diagnoses, who presented with recurrence of chest pain and underwent an angiogram which revealed critical 3-vessel coronary artery disease. He had previously been evaluated for surgical revascularization, and he had decided not to pursue that. Given the progression of his symptoms and his angiogram, this time he decided to consent to the surgical revascularization. The details of the procedure and the risks had been discussed with him who understood and wished to proceed.

INTRAOPERATIVE FINDINGS:
The transesophageal echocardiogram revealed preserved ventricular function. Epiaortic scanning revealed some patchy areas of calcification of the ascending aorta. The LAD was approximately 2 mm in diameter and severely diseased. Diagonal was 1.5, PDA was similarly 1.5, and the acute marginal was about 1.75 mm in diameter. No difficulty was encountered at the time of weaning off cardiopulmonary bypass. Post cardiopulmonary bypass transesophageal echocardiogram revealed unchanged ventricular function.

DESCRIPTION OF PROCEDURE:
After satisfactory anesthesia, chest, abdomen, groins, and the legs were prepped and draped in the usual fashion. The vein was harvested endoscopically from the left leg, and the incisions were closed in multiple layers. Meanwhile, a midline sternotomy incision had been made. The incision was carried through the subcutaneous tissue, and the sternum was divided with a saw. Mammary retractor was placed, the left internal mammary was harvested to the level of subclavian vein. It was wrapped in papaverine soak. Standard retractor was placed, pericardium was opened, pericardial cradle was created. Epiaortic and epicardial scanning was performed. The purpose of this procedure was to identify the sites of calcification of the ascending aorta and minimize the risk of potential of embolization and stroke. Pursestrings were placed on the ascending aorta and right atrial appendage. Heparin was given. Cannulation in a standard fashion was performed and connected to the cardiopulmonary circuit. Antegrade cardioplegia needle and a retrograde cardioplegia catheter were inserted. With adequate ACT, the patient was placed on cardiopulmonary bypass and cooled down. Aorta was cross-clamped, a dose of antegrade cardioplegia followed by dose of retrograde was given. This resulted in prompt diastolic arrest of the heart. The 1st distal anastomosis of a segment of vein graft to the diagonal was completed using 7-0 Prolene. The proximal end of this vein graft was anastomosed directly to the ascending aorta on the left side and marked with a washer. In a similar fashion, a graft was created to the PDA. We then focused our attention to the acute marginal where the distal anastomosis was constructed using a 7-0 Prolene. The patient was started to be rewarmed. The distal anastomosis of left internal mammary artery to LAD was performed next. The pedicle was anchored. Lastly, the proximal anastomosis of the acute marginal graft was performed directly to the ascending aorta on the right side and marked with a washer. A dose of warm retrograde cardioplegia followed by warm blood was administered. After normal de-airing maneuvers, the aortic cross-clamp was removed. The heart resumed regular activity. A Blake drain was placed into the left pleural space, and a straight tube was placed into the anterior mediastinum. A ventricular wire, ground wire, and 2 atrial wires were placed. With optimal hemostasis and hemodynamics, the patient was successfully weaned off cardiopulmonary bypass. Venous cannula was removed. After 3 minutes of venting, protamine was administered. Aortic decannulation was performed. All the pursestrings were doubly secured. We at this point spent a substantial amount of time to ensure that we had optimal hemostasis. There were some adhesions within the mediastinum that required extended hemostasis. This most likely was related to his prior manipulation of the mediastinum for esophagectomy. Once we achieved optimal hemostasis, we proceeded with closure of the sternum with multiple wires and cables. It should be noted that the right side of the sternum was woven. The fascia was reapproximated with 0 Dexon, subcutaneous tissue with 2-0 Dexon, and the skin was closed in a subcuticular fashion. Sponge and needle counts were correct.

COMPLICATIONS:
None.

RONALD REAGAN UCLA MEDICAL CENTER
757 WESTWOOD PLAZA
LOS ANGELES CA 90095-8358

Couri, James C
MRN: [redacted], DOB: 4/4/1939, Sex: M

**Op Note signed by Ardehali, Abbas, MD at 09/19/17 1802 (continued)**

ESTIMATED BLOOD LOSS:
Unknown.

ANTIBIOTICS:
This patient received perioperative antibiotics within 1 hour of the skin incision and the antibiotics will be discontinued at 48 hours.

COMPLEXITY:
Because of the patient's prior Plavix use as well as the prior mediastinal esophagectomy, there were some adhesions there that required extended hemostasis at the completion of the procedure. It took us an excess of 45 minutes to ensure that we had optimal hemostasis.

HEMODYNAMIC DATA:
The total cardiopulmonary bypass time was 117 minutes with aortic cross-clamp time of 104 minutes.

SPECIMENS:
The specimen to Pathology was none.

Abbas Ardehali, MD (P12503)

AA/MODL CONF#: 1493160
D: 09/15/2017 17:27:05 T: 09/16/2017 06:04:38 DOCUMENT: 757584310

Olcay Aksoy, MD (P29508)

Electronically signed by Ardehali, Abbas, MD at 09/19/17 1802

***** End of Report *****

**ED Provider Notes by Sonner, Richard A., MD at 05/10/19 1647**

Author: Sonner, Richard A., MD Service: Emergency Medicine Author Type: Physician
Filed: 06/17/19 1154 Date of Service: 05/10/19 1647 Creation Time: 05/10/19 1647
Status: Addendum Editor: Sonner, Richard A., MD (Physician)
Related Notes: Original Note by Yap, Anna L., MD (Resident) filed at 06/14/19 0443

## Ronald Reagan UCLA Medical Center
## Emergency Department Service Report

**Triage**

**James C Couri**, a 80 y.o. male, presents with Abdominal Pain (pain with PO intake x several days. Hx gastroparesis, recent unsuccessful endoscopy, tender rigid RUQ. ) and Near Syncope (near syncopal while eating today, Hx CABG x 4. )

Arrived on 5/10/2019 at 4:16 PM



RONALD REAGAN UCLA MEDICAL CENTER
757 WESTWOOD PLAZA
LOS ANGELES CA 90095-8358

Couri, James C
MRN: [redacted], DOB: 4/4/1939, Sex: M

**Op Note by Girgis, Mark D., MD at 06/05/19 1449 (continued)**

**NAME OF OPERATION:**

1. Diagnostic laparoscopy
2. Laparoscopic lysis of adhesions
3. Exploratory laparotomy
4. Pyloroplasty

M- Gergis MD 6-2019 Operation

**SURGEON:**

Surgeon(s) and Role:

* Tomlinson, James S., MD, PhD - Other MD in Room
* Girgis, Mark D., MD - Primary
* Angarita, Stephanie A., MD - Surgeon 1st Assist - Resident

**ANESTHESIA:**

General endotracheal.
Anesthesia Resident: Poon, Andrea K., MD
Anesthesiologist: Ziv, Keren, MD

**INDICATIONS:**

James C Couri is a 80 y.o. male who has a h/o esophageal cancer s/p esophagectomy and gastric pull-up without pyloroplasty. He recovered from this but over the past few years he has had more difficulty eating, requiring promotility agents around the clock. He underwent endoscopic botox injection that was beneficial for a few days but then his symptoms recurred. For this reason, we discussed the role of diagnostic laparoscopy and lap vs open pyloroplast. The risks and benefits of the procedure were discussed with the patient including, but not limited to, infection, bleeding, injury to surrounding structures. The patient understood and agreed to proceed.

FINDINGS:
Extensive adhesions in the abdomen; no evidence of recurrent disease; decompressed stomach

**COMPLEXITY:**
Total operative time: 4 hours
Expected operative time: 2 hours
Additional operative time: 2 hours - this additional time was necessary for the extensive adhesiolysis that needed to be performed because of his 3 prior exlaps

**DESCRIPTION OF PROCEDURE:**

After the patient was informed of the risks and benefits of the procedure, the patient consented. The patient was brought to the operating room and placed on the table in supine fashion. Appropriate time-out was performed. SCDs were placed. Preoperative antibiotics were given. The patient was sedated and intubated safely. The patient was then prepped and draped in the usual sterile fashion. We began entering the abdomen in the LLQ using the Hasson approach. We safely entered without injury surrounding structures. We insufflated the abdomen and placed additional trocars in the LUQ. We used these additional trocars to lyse as many intra-abdominal adhesions as possible. We proceeded to do this for approximately 2 hours using a combination of ligasure and endoshears. Once were were able to clear an area of the mid upper abdomen. We then decided to make a small upper midline incision overtop of the pylorus. The liver was noted to be



EXHIBIT A-3

**Op Note by Girgis, Mark D., MD at 06/05/19 1449 (continued)**

mildly bleeding due to adhesiolysis along the liver capsule on the left lobe. This was packed with surgicel and a lap for a few minutes to all for hemostasis. The pylorus was identified. We placed 3-0 silk stitches as stay sutures on the medial and lateral ends of the pylorus. We then proceeded to incise the pylorus in the longitudinal direction across the pylorus and into the stomach and duodenum. Once this was complete, we then used a 3-0 PDS stitch from each end to close the pylorus transversely in a connell fashion. We tied the ends of the stitches together and then placed 2 additional 3-0 silk stitches in a lembert fashion to take tension off of the anastomosis. Once we completed this we palpated our pyloric channel confirming patency. We placed a drain over top of our pyloroplasty.We looked for any evidence of bleeding. There was no bleeding. The trocars were removed under direct visualization without any bleeding. The midline was closed with a 0 PDS running stitch from both ends. The Hasson trocar was closed with 0-vicryl in figure of 8 fashion x 2. The incisions were closed with staples and sterile dressings were applied. The patient was woken from anesthesia, extubated, and transferred to the recovery room in stable condition.

**COMPLICATIONS:**
None.

**ESTIMATED BLOOD LOSS:**
Estimated blood loss less than 50

**SPECIMENS:**
* No specimens in log *

**DRAINS:**
Nasogastric Tube, Urinary Catheter (Foley) and (1) 19 Blake drain(s) in the epigastrium

**Mark Girgis, MD**
Assistant Professor-in-Residence
Department of Surgery at UCLA

10833 LeConte Ave
72-215 CHS
Los Angeles CA 90095
(310) 206-6889 (office)
(310) 825-9427 (surgery scheduling)

**Mdgirgis@mednet.ucla.edu**
**www.uclahealth.org/MarkGirgis**
UCLA Health

Electronically signed by Girgis, Mark D., MD at 06/12/19 1006

***** End of Report *****

A3

FEE WAVER REQUEST
DATED 7-18-19

# UNITED STATES DISTRICT COURT

for the

JAMES COURI
*Plaintiff/Petitioner*

v.

George PAVIA et AL.
*Defendant/Respondent*

Civil Action No. 19CV5436

(1)

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: ____________________ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: COURI Companies 575 MADISON Ave 10th Fl NYC 10022

My gross pay or wages are: $ 1500 - , and my take-home pay or wages are: $ 1500 - per
*(specify pay period)* EACH MONTH AS A INDEPENDENT CONTRACTOR.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ❐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ❐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ❐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ❐ Yes | ☒ No |
| (e) Gifts, or inheritances | ❐ Yes | ☒ No |
| (f) Any other sources | ☒ Yes | ❐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

1. Social Security of approx $18,500 per Year

2. Management/Consulting fees on projects expected is unknown but May exceed 6 figures by 2020.. This does not include any Money in Case 19CV5436 as such has been assigned to Medical Research at UCLA + foundations to aid Citizens victimized by Judicial + prosecutorial Corruption. (See Complaint where such is reported)

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 1000 —.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

wristwatch 500 —
wedding Band 300 —

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Medical insurance (Anthem) 300 per Mo
Verizon Cell phone 110 per Mo
Personal office expenses 250 per Month

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

none

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Robert Baltes CPA $28,000 (loans) (plus interest)
1. Marlene Covi - Judgment per security-loan agreement signed 1999 ($10 million w interest) (wife) (filed in Supreme Court 2011)
2. Lydia Covi (daughter) portion above
(Marlene Covi is a accomplished artist, jewelry designer + sculptor)

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 7-18-19

[signature]
Applicant's signature

JAMES COVI
Printed name

(1) Note I paid Filing fee for Complaint in full + I am willing to pay the app fee of 505 in 3 parts monthly. This is a temporary problem due to my illness cancer treatment + other disabilities. (See Exh A + Medical attached + Medical exhibit to Complaint in this case)

ORIGIN ID:SMOA (212) 605-0277
C/O MARLENE COURI
JAMES COURI
575 MADISON AVE
10TH FL
NEW YORK, NY 10022
UNITED STATES US

SHIP DATE: 18JUL19
ACTWGT: 0.30 LB
CAD: 6992548/SSF02002

TO DISTRICT COURTHOUSE
U.S COURTHOUSE ATTN:PRO-SE ROOM 200
500 PEARL STREET
CLERKS OFFICE
NEW YORK CITY NY 10007

(000) 000-0000 REF:
INV:
PO: DEPT:

FedEx Express

E

FRI - 19 JUL 10:30A
PRIORITY OVERNIGHT

TRK# 0201 7885 4956 8425

XA PCTA

10007
NY-US EWR

Part # 156297-435 RRDB2 EXP 06/20

RECEIVED
SDNY PRO SE OFFICE
2019 JUL 19 PM 12: 17
S.D. OF N.Y.

USM P3
SDNY

FedEx Express