# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

James Couri

(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 CV 5436 (KPF) ( )

-against-

**NOTICE OF APPEAL**

George Pavia et al

2019 AUG -7 AM 11:40

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: James Couri

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: 8-5-19

(date that judgment or order was entered on docket)

that: the Court has refused to disqualify itself per 28 USC 144 + 28 USC 455(a)(b) from this case. It is to be a companion to Appeal of 6-26-19 order before final as taken [illegible] (but with [illegible] writ 8-9-15-19)

(If the appeal is from an order, provide a brief description above of the decision in the order.)

Dated 8-5-19 Signature* [signature]

COURI, JAMES

Name (Last, First, MI)

575 MADISON Ave, 10th Fl NYC 10022

Address City State Zip Code

212-605-0277

Telephone Number

courijames@gmail.com

E-mail Address (if available)

(also note motion to pay 505 fee in 3 installments.

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

Align top of FedEx Express® shipping label here.

FedEx Express

ORIGIN ID:SMOA (212) 605-0277
JAMES COURI
C/O MARLENE CAROLL COURI
575 MADISON AVE
10TH FLOOR
NEW YORK, NY 10022
UNITED STATES US

SHIP DATE: 05AUG19
ACTWGT: 0.20 LB
CAD: 6992548/SSF02002

BILL CREDIT CARD

TO ATTN: PRO-SE ROOM 200
U.S. DISTRICT COURTHOUSE
500 PEARL STREET
CLERKS OFFICE
NEW YORK NY 10007

(212) 605-0277 REF:
INV:
PO: DEPT:

FedEx Express

E

REL# 3786346

TUE - 06 AUG 10:30A
PRIORITY OVERNIGHT

TRK# 0201 7889 3065 0510

XA PCTA

10007
NY-US EWR

MS A-OK

USMS SDNY