USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 1 2 2019

*JIM COURI*

*575 Madison Ave. 10th Floor, NYC, NY 10022 . Tel: 212-605-0277*

*Date: Nov. 11, 2019*

Via: Fedex

S.D. OF N.Y.
2019 NOV 13 AM 2:16

United States District Courthouse-SDNY
500 Pearl St.
NYC, NY 10007
Attn: Pro-Se Intake Office re
missing or destroyed Appeal Documents

Re: Case 19cv5436
Ref: Never Filed/Duly Served Amended NOA of 8-30-2019

Sirs:

A few days ago, on searching the Docket in Case 19cv5436, an "Amended Superseding Notice of Appeal" served on the Court on 8-30-2019 (see proof of service attached here as Exhibit B) was not posted on the Docket. I inquired to the 2nd Dept., and they had nave no record of such filing. I then communicated with Ms. Waldren at the Pro-se Office (who this time took my call rather than disconnecting me on Orders of Judge Failla). Ms. Waldren confirmed that no such document was recorded in the lower Court system. She called to my attention that Judge Failla's Orders of 8-23 and 8-28-19 (the reason for this Amendment) state *inter alia* that the clerks are not to accept any mail from me or my office. Thus it became apparent that my NOA Amendment dated 8-30-19 (attached here as Exhibit A) was ignored and/or destroyed grounded on Judge Failla's illegal Order of 8-23 and 8-28, 2019.

It is important to note that a Motion made by me in or about July 28, 2019, pursuant to 28 USC 455 and in particular 28 USC 144, mandated that Judge Failla immediately "stand down", Disqualify herself and conduct no further administration, including issuing Orders in this Case. Ignoring this, Judge Failla, in

violation of 28 USC 144, issued illegal Orders of 8-23 and 8-28-19 that are invalid as a matter of law.

Accordingly, I herein resubmit my Amended Superseding NOA which was served on 8-30-19 replacing Appeal dated 8-5-19 (Ex. A) simply to include the two illegal Judge Failla Orders that violate my Due Process and 28USC144. I also attach as Exhibit C a letter I sent to Judge Failla on 11-7-2019.

Encls: Jim Couri

# A

Case 1:19-cv-05436-KPF Document 24 Filed 08/07/19 Page 1 of 2

Amended Superseding NOA Full 8-30-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

(Failla issued invalid orders 8-23, 8-28-19 violating 28 USC 144 served 8-5-19 on Failla.)

James Couri

(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 CV 5436 (KPF) ( )

-against-

Amended Superseding

NOTICE OF APPEAL

to include Failla Orders 8-23 + 8-28-19 issued in violating 28 USC 144 served by Couri on 8-7-19.

George Pavia et al

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: James Couri

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit (Issued in violating 28 USC 144)

from the ☐ judgment ☒ order entered on: 8-5-19, 8-23-19, 8-28-19

(date that judgment or order was entered on docket)

that: the Court has refused to disqualify itself per 28 USC 144 + 28 USC 455(a)(b) from this case. It is to be a companion to Appeal of 6-26-19 Order to make Final a False Dismissal but with prejudice (Filed 7-15-19)

(If the appeal is from an order, provide a brief description above of the decision in the order.)

Dated 8-5-19 (Amended 8-30-19)

Signature [signature]

COURI, JAMES

Name (Last, First, MI)

575 MADISON Ave, 10th Fl NYC 10022

Address City State Zip Code

212-605-0277

Telephone Number

caurijame@gmail.com

E-mail Address (if available)

(also note motion to pay 505 fee in 3 installments.)

EX F

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

(Note): Failla failed to Disqualify herself per 28 USC 144 filed 8-7 + issued Void Orders

This Amended Appeal never filed (Partial)

# B

# PROOF OF SERVICE

COURT SDNY CASE 19CV5436

S. Wilson, BEING DULY SWORN, DECLARES:

1. I AM NOT A PARTY IN THIS CASE

2. I AM OVER 18 YWARS OF AGE

3. ON 8-30-19 DATE, I DEPOSITED IN A BOX UNDER THE CONTROL OF USPS, IN A PLAIN WRAPPER, POSTAGE PRE-PAID THE FOLLOWING DOCUMEENTS:

Amended-Superseding Notice of Appeal Replacing NOA Served 8-5-19 to include Orders of 8-23-8-28-19 Violations of 28 USC 144. TO:

4. TO: US Courthouse (att. ProSe-Appeals) 500 Pearl Street NYC NY 10007

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE USA, THAT THE FORGOING IS TRUE.

DATED 8-30-19 [signature]

EYB

# C

# *JIM COURI*

*575 Madison Ave. 10th Floor, NYC, NY 10022 . Tel: 212-605-0277*

JC Nov 7-19 Letter

Nov. 7, 2019

Judgee K. P. Failla
USDC-SDNY
500 Pearl Street
NYC, NY 10007

Re: Case 19cv5436

**CORRCTD LETTER**

Judge Failla:

I write to you as a Supplement to my letter of about 10 days ago to the Court re the Case 19cv546 and the Court's activities related to the Case and towards me.

On or about 8-13-19, the Clerks Office posted a Notice of Appeal relating to this Court's Denial of a Motion seeking the Removal of Judge Failla per FRCP for Cause, Bias, Retaliation and other grounds for Disqualification mandated under 28USC144 and 28USC455. Under the applicable US Codes: 28USC144 and 455, FRCP, Failla was mandated to "immediately stand down" and Case 19cv5436 was required to b reassigned. At such time of the Motion being Filed (8-1-19), Failla had no further rights to issue any further Orders at all.

8 of C

Undaunted, Failla, in violation of 28USC144 & 28USC 455, continued to issue Orders on 8-2-19 and 8-28-19, after Failla was automatically Dismissed and Recused per FRCO, *inter-alia*; Dismissing Case 19cv5436 first "without prejudice" and thereafter on 8-28-19, "with prejudice", both in direct violation of the Rules of the Federal Courts.

On 8-14-19, and about 7 days prior to the above, a Motion I made to allow me Relief from a USDJ who has made a crusade to deprive me of Due-Process, discredit me and pollute my access to the Court. The Motion was reviewed, scanned and Posted on the Case Docket (19cv5436). Within hours, the Motion was deleted from the Docket and it was destroyed. I have been advised that this act of destruction of a Motion (in proper form and Docketed by the Court) was Ordered by Failla.

In or about 8-30-19, I made a Supplement to my Appeal Docketed on or about 6-13-19. This was simply including the two Orders posted by Failla on 8-23 and 8-28-19, that in violation of 28USC144, after Failla was Automatically Disqualified, Failla, ignoring USC 144 and USC455, Dismissed my Case with prejudice, demanded that the Clerks not accept or Docket any further Documents from me or my office staff. This conduct by a Federal Judge is outrageous and violates Failla's Oath of Office, among other things.

I have now learned that this "Supplement" to my Appeal has also "evaporated", thus impacting my Rights and another act by Failla of obstruction of justice.

In closing, I refer Judge Failla to a recent Order issued against Cabinet Member Betsy DeVos by Federal Magistrate Judge S. Kim, at the USDC in San Francisco, CA. On 10-23-19 USMJ Kim Sanctioned DeVos $100,000.00 for DeVos violation of USMJ Kim's Order that directs DeVos "STOP COLLECTING ANY Payments from college students scammed and swindled by Corithian". Here Judge Kim, having actual evidence of 16,000 DeVos violations, Sanctioned a Billionaire $6.00 a violation (ie $199k).

Here, Failla excoriates me because of supposed "emails" transmitted to Failla with legitimate data and information that proved Failla's wrongdoings and her baseless accusations about a few mails.

So Judge Failla has derailed about $500Million in DOCUMENTED corruption, conspiracies, bribery, extortion and mail and wire fraud engaged in by Defendants Siebert, Hendricks, Burke, Pavias, Gomez, and the bribery of a

Governor, Judges and major tax evasion and murder plots to kill me. Failla should learn a lesson from Judge Kim.



I urge Judge Failla to try and unravel her documented wrongful acts causing me and America irreparable harm.

In a nutshell, and based upon the conduct of Judge Failla since June 12, 2019 when this case was filed, Failla has acted in serial fashion as an "accuser" not as an "adjudicator". The Cannons of Judicial Ethics of Federal Judges mandate that the person waring the black robes is required an adjudicator. If Judge Failla wishes to be an accuser, I respectfully suggest that she attempt seek employment as an assistant US Attorney over at St. Andrews Plaza. Failla is certainly misplaced and is menacing in her present position.

cc: All involved persons

JIM COURI

Ex To Letter

1. Cour Motion 7-29-19 under 28 USC 455, 28 USC 1447 + Appealed, 8-5-19 Failla Denies

2. Cour Motion 8-9-19 Mandatory Failla Disqualification — This Motion was Docketed + then on Failla Orders Removed + Distroyed!

[illegible] Motion Appealed 8-5-19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Failla Order Denies the motion [illegible] 28 USC 144 [illegible]

| | | |
|---|---|---|
| JAMES COURI<br>Plaintiff, | ) | Case No. 19cv5436 |
| -v- | ) | |
| GEORGE PAVIA et al,<br>Defendants. | ) | NOTICE OF MOTION TO DISQUALIFY JUDGE FAILLA PURSUANT TO 28 USC 455(a)(b-1), 28 USC 144 & THE CODES OF CONDUCT OF FEDERAL JUDGES |

PLEASE TAKE NOTICE that: James Couri (Couri) plaintiff hereby moves this Court pursuant to 28 USC 455 (a)(b-1), 28 USC 144, the Codes of Conduct of Federal judges (Canons 1, 2, 3), 5 USC 3331 (Oath of Office), United States Constitution, and the Bill of Rights. And that Judge USDJ Katherine Polk Failla immediately disqualify herself from all future proceedings in this matter. In support of this Motion, Couri sets forth the following facts and arguments in the attached Affidavit/Declaration and other documents referred to herein.

Dated : 7-29-2019

To: USDJ K.P. Failla

James Couri, plaintiff Pro-se
575 Madison Ave., 10th floor
New York, NY 10022
Tel: 212-605-0277

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES COURI, Plaintiff, | Case No: 19cv5436 |
| -v- | DECLARATION/ AFF. OF COURI IN SUPPORT OF MOTION TO DISQUALIFY JUDGE FAILLA FOR CAUSE, BIAS AND MISREPRESENTATION OF FACTS |
| GEORGE PAVIA et al, Defendants. | |

JAMES COURI (Couri) plaintiff declares under penalty of perjury that the following facts are true and correct. This is a motion to disqualify Federal District Judge Katherine Polk Failla with exhibits and Memorandum of Law in support thereof. Plaintiff Couri hereby moves Judge Failla pursuant to 28 USC 455 (a) (b-1), 28 USC 144, Codes of Conduct of Federal Judges (Canons 1,2,3), 5 USC 3331 (Oath of Office), United States Constitution (Due Process Clause), and Bill of Rights. And to immediately disqualify herself from all proceedings in this matter in the interest of justice and fair play. In support of this motion, Couri herewith presents basis of such disqualification by the following facts and argument.

## INTRODUCTION

1. In support of this document I incorporate the following documents that have been produced to this Court by Couri and are in evidence and on the Court Docket in Case 19cv5436:

a) Docket #1 - Complaint and all Exhibits to it and in support.

b) Docket #4 - Judge Failla Order of 6-21-19.

c) Docket #5 - Couri Letter of 6-26-19 and Exhibits to it.

d) Docket #7 - Couri Letter/Motion of 7-15-19 and Exhibits to it.

e) Docket #12 - Couri Letter/Motion of 7-19-19 and Exhibits to it.

f) Docket #14 - Couri Letter/Motion of 7-22-19 and Exhibits to it.

g) Docket #15 - Couri Letter to Chief Judge McMahon of 7-24-19.

h) Docket #17 - Couri Letter of 7-29-19 with Exhibits (Asking the Court to respond to the foregoing or this instant Motion will be filed. The Court has ignored my request and has refused to disqualify itself).

## BACKGROUND

2. 28 USC 455 (a) provides:

Any justice, judge, or magistrate judge of the United States **shall**

disqualify himself in any proceeding in which his partiality might reasonably be questioned. (The word "shall" according to Webster is defined as "has a duty to or is required to". It does not say "at the discretion of the judge" - it says "shall").

28 USC 455 (b-1) -

> Any personal bias and or prejudice concerning a party or personal knowledge of disputed facts.

3. 28 USC 144, provides:

> Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice against him or in favor of any adverse party, such judge shall proceed no further, but another judge shall be assigned to hear such proceeding ______.

(Bias and prejudice *ad nauseam*. *A "Certificate of Good Faith"* will be made a part of this document. Although I am not a lawyer, it is believed that my knowledge, experience and background affords me the right to file such certificate, See Melvin v Social Sec. Admin, Action #5:09-235, 2010 WL 3743543, at 2.)

4. It is respectfully pointed out that in addition to the foregoing, this Court should review the US Supreme Court's Statement of Recusal Policy and remind itself of 5 USC 3331 "Oath of Office" which, *inter alia*, requires the defending of the

US Constitution against "all enemies, foreign and domestic and will bear the faith and allegiance to same".

5. In further support of the foregoing, I respectfully ask the Court to review the following cases that mandate the Court's disqualification under 28 USC 455.

a) USA v Will

b) Liljeberg v Health Services Acq. Corp.

c) Liteky v USA

d) Sao Paulo State of the Federal Rep. of Brazil v American Tobacco Co.

e) Booker v United States

f) United States v Clements

g) United States v Sciuto

h) United States v Thompson

i) United States v Townsend

j) United States v Womack

6. The bias and prejudice of this Court and its lack of regard for my rights as a citizen of the United States of America has been more than alarming and has

become a perfect example in precisely what many courts have become in their lack of regard for the rights of citizens under the US Constitution. When the Complaint in this case was filed, I had never heard of Judge Failla, although I have been involved in many cases either as a witness, informant/whistleblower, plaintiff and defendant and bankruptcy "trustee". I have received accolades and awards for my value to the Nation and my value to law enforcement.

7. The Court's Order docketed as #4 on 6-21-19 is replete with mischaracterizations of the statements in the Complaint: a misrepresentation of the facts; false and misleading statements regarding the substance of the Complaint and my knowledge of the facts and the law. The Court in its Order went as far as to fabricate events, venues, jurisdictions, judicial and prosecutorial misconduct and in the process made it appear that I was simply forum shopping while being engaged in frivolous and reckless litigating tactics. It is shocking for me to believe that a Federal Judge would craft such a misleading and untrue order.

FACTS

8. The Court's Order bears no rhyme or relationship to the background or the claims or the evidence (exhibits) within my Complaint. The overview category is a once-over-lightly character assassination of me and my integrity that is markedly false.

9. Any reasonable person would quickly recognize that a man who is eighty years of age, with my background, knowledge and experience, who has assigned any emolument of these claims to others and who suffers a myriad of health issues, would not waist time and expenses in engaging in the fool hearty activities that this Court, without basis and fact, alleges.

10. The Court falsely accuses me of engaging in frivolous conduct, violating Rule 8, and failing to state a claim. A reading of the exhibits alone will reveal quite the contrary. In fact, I have set forth in finite detail a conspiracy and retaliation engaged in by the RICO actors listed as defendants. Such includes Riverside California County fabricated claims against me, outside their jurisdiction, falsifying criminal complaints, engaging in mail and wire fraud and filing false

arrest warrants against me. All without the legal right to do so as I was not within their jurisdiction as they falsely claimed. The Court has ignored the fact that the judges who were sued were disqualified as a matter of law and continued to illegally administer cases, and as part of the RICO enterprise illegally turned over about $100million in bona fide claims verified by sworn-to settlement agreements and judgments filed, all as part of the racketeering enterprise, conspiracy and retaliation. All of this is carefully outlined in the Complaint and verified by the documents exhibited. This can hardly be construed as failure to state a cause of action or frivolous.

11. This Court's Order goes further in its character assassination of the important claims and causes of action within the Complaint. Furthermore, this Court's Order simply convolutes fact with fiction in order to toss out my claims involving a billion dollar criminal enterprise ongoing from New York County to Riverside County in California. As retaliation for uncovering a over $100million RICO scam known as SilverRock, amongst other things, I have become the target of murder plots, retaliation and conspiracies.

12. As part of the RICO enterprise I have exposed the bribery by Diane Hendricks (the richest woman in America) of $5million of former governor of Wisconsin Scott Walker to whitewash the reputation of RICO actor defendant John Siebert who has stolen over $60million unconditionally due to me. Here again, I have been the victim of retaliation for exposing these RICO actor defendants violations of 18 USC 1962a,b,c,d. This is not to mention the violations by law enforcement of 42 USC 1983, which are all verified in the Complaint and in the exhibits.

13. The Complaint's exhibits confirm murder plots by defendant Siebert and others, confessions by courthouse employees that the Siebert case is "fixed", evidence of judicial criminal acts, including violations of law by certain judges acting beyond the scope of their daily activities, lawyers misuse of the internet to gag me, massive amounts of mail and wire fraud, tax evasion and bribery.

14. This Court further's its wrongful Order by then demanding that if I wish to appeal, I cannot avail myself of the right to seek a fee waiver.

15. The Court's Order also recites doctrines that are inapplicable, and in a further attempt to besmirch me miscasts and reviews cases that I was involved in this Court over thirty-years ago. On the other hand, this Court failed to disclose its predetermination on suing judges, prosecutors, and even attorneys. This Court also failed to disclose that its spouse is employed by the law office of Proskauer Rose, a firm that I have had a personal involvement with for over thirty years. This Court additionally failed to disclose that from the years 2000 to 2012 it was employed as a AUSA at the US Attorney's Office at St. Andrews Plaza (SDNY) where I have been involved since 1980 as a government witness, informant, whistleblower, recommending cases for prosecution and uncovering a fraudulent scheme involving Milton S. Gould Esq., AUSA Jeffrey Livingston, Shea Gould Esqs., and the prosecution of USA v Gilbert.

16. It is beyond my wildest imagination that this Court somehow believes it is immune from 28 USC 455, 28 USC 144, and the following the law as to rights of citizens under the US Constitution.

## CONCLUSION

17. For all of the foregoing reasons, This Court has no other alternative but to immediately disqualify itself in any further proceedings in this matter. It is further requested that if this Court refuses to permit the invoking of 28 USC 144, that some other judge in this Court decide this Motion.

I hereby declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true, and as to matters recited under information and belief, I believe them to be true. I also attach my verification and certificate of good faith as required per 28 USC 144.

Dated: 7-30-2019

James Couri, Pro-se

# VERIFICATION AND CERTIFICATE OF GOOD FAITH

# OF JAMES COURI (Case: 19cv5436) per 28 USC 144

Under penalty of perjury, under the laws of the United States of America, that the instant APPLICATION - DECLARATION is made in good faith and that the statement of facts are true and correct and made in good faith according to the best of my current information, knowledge and belief.

Dated: 7-30-2019

James Couri

## CERTIFICATE OF SERVICE

Stanley Wilson hereby certifies that on July 30, 2019 I caused: James Couri Notice of Motion, Declaration and other related documents to be served by Federal Express, sent prepaid to: USDJ K.P. Failla, United States Courthouse, SDNY, 500 Pearl Street, att: clerks office, NYC, NY 10007.

Stanley Wilson 7-30-19

Illegally Removed from Docket + Trashed

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES COURI, Plaintiff, -v- GEORGE PAVIA et al, Defendants. | Case No. 19cv5436<br><br>NOTICE OF MOTION PURSUANT TO RULE 60 a,b,1,2,3,6 TO VACATE COURT'S ORDERS #4,6,9,11,16,20,21,23 & DISQUALIFICATION PER 28 USC 144 |

PLEASE TAKE NOTICE: James Couri (Couri) hereby moves this Court, pursuant to Rule 60 a,b,1,2,3,6 (including new evidence, etc.) and 28 USC 144 and 28 USC 455, to, *inter alia,* vacate orders issued by K.P. Failla from 6-20-19, Docket numbers 4,6,9,11,16,20,21,23, and immediately Disqualify itself, pursuant to 28 USC 144, which is not optional but mandated as outlined in Couri Motion dated 7-30-19 including Certificate of Good Faith. Couri sets forth the following facts which establish this Court's depravation of Plaintiff's rights, bias, undisclosed conflicts, false accusations, and acting as an accuser rather than independent adjudicator.

Dated: 8-9-2019
To: USDJ K.P. Failla

James Couri, Pro-se
575 Madison Avenue, 10th fl.
NYC, NY 10022 Tel: 212-605-0277

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JAMES COURI, Plaintiff, | ) | Case 19cv5436 |
| -v- | ) | JAMES COURI DECLARATION IN SUPPORT OF MOTION |
| GEORG PAVIA et al, Defendants. | ) | |

**THIS MOTION SHOULD BE DECIDED BY AN UNBIAS JUDGE**

JAMES COURI (Couri) being duly sworn hereby declares as follows:

BACKGROUND OF CASE 19CV5436

1. The Complaint was filed on 6-11-2019. The document consists of approximately 104 pages of factual details of RICO activities and violations of 18 USC 1962 and 18 USC 1964 by the Defendants.

2. The narrative details and facts in the Complaint are supported and verified by over 200 pages of relevant exhibits, many executed by the Defendants including admissions by courthouse referees that relevant cases were "fixed" against Couri

and in favor of certain Defendants thus allowing them through conspiracy to loot and embezzle over $100 million from Plaintiff.

3. In addition to the foregoing, Plaintiff provides evidence in the Complaint of serial acts of conspiracy, retaliation, mail and wire fraud, and other acts violating 18 USC 1962 a,b,c,d.

4. From 6-11-2019 through 8-9-2019, Judge Failla has been engaged in a campaign and crusade to discredit me, malign me, make false accusations against me, issue in court orders totally false fabricated and bizarre allegations without any basis in fact or in law.

5. On 6-20-2019, this Court issued an order Dismissing my Complaint. This 6-20-19 Order is outright fraud. Within that order there are false statements about me and my background, there are fabricated supposed facts, there are repeated violations of my rights to due process, there are statements regarding litigations against judges that are outright false, there is an attempt to convolute fact with fiction, and in that order the Court makes reckless demands and

misstatements that are belied by the Complaint itself, the Exhibits to it and the Due Process Clause of the US Constitution.

6. For further detail, any reasonable person can simply read the Complaint, read the Exhibits and clearly see that the Failla Order of 6-20-19 is an intentional scheme to gag the exposing of a billion dollar criminal enterprise as verified in my Complaint.

7. I also incorporate here documents directed to the Court by me 8-8-19, 7-15-19 and 6-26-19 (all of which are in evidence and in the Court's Docket of this Case) revealing further details of the recklessness of Judge Failla's Order of 6-20-19 and her other orders, Docket #'s 6,9,11,16,20,21,23.

VACATING ORDERS & DISQUALIFICATION PER 28 USC 144

8. 28 USC 144 states:

> Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice against him or in

favor of any adverse party, such judge shall proceed no further, but another judge shall be assigned to hear such proceeding ______.

9. I have complied fully with the requirements as mandated pursuant to 28 USC 144 as set forth in my Motion dated 7-30-19, filed with the Court and on the Docket. My Declaration contained as required my Certificate of Good Faith and my Verification and Certificate/Proof of Service directly to the Court.

10. Without any commentary, this Court denied my Demand for its Recusal, which happens to be mandatory based upon evidence of its bias and prejudice against me. Such has been already proved *ad nauseam* by the false and accusatory statements made by this Court in its 6-20-19 Order.

11. This Court therefore, pursuant to 28 USC 144, must stand down as any further administration of this Case by Judge Failla violates Federal Rules and my rights pursuant to the US Constitution - Due Process.

12. But there is more evidence of Judge Failla's bias, prejudice and reckless conduct, all apparently grounded on a means to gag a patriot (non-lawyer) from exposing the corrosion and criminality outlined in the Complaint.

13. Since the filing of the Complaint on 6-11-19, no Defendant has been served, there has been no appearance by any other person, yet Judge Failla has issued no less than eight orders replete with character assassination, finger pointing, name calling, hearsay, and outright lies:

a) Docket # 9, where amongst other things, Judge Failla denies my Request for an extension of time to file an Appeal on her Order of 6-20-19 (Docket #4). Judge Failla knew that I am Pro-se, that I am a senior citizen and suffering with stage four cancer, heart disease and other medical issues as evidenced by medical records and doctors' affidavits produced by me to this Court and in evidence. Judge Failla also knows that I have been in the hospital for many weeks for medical treatment. With all of the forging, Judge Failla, in her Order, Denied my request for a modest enlargement of time.

b) Judge Order Docket # 21. The Court in said Order makes a categorical statement which proves beyond a shadow of doubt that this Court has violated

the Rules as mandated for a Federal judge to act an an unbias adjudicator. The Court improvidently states about a forensic investigating organization "Corruption International Group" (CIG) domiciled in Monaco that Judge Failla has "reason to believe that CIG in an alter ego" of me. What reason to believe? Whom has Judge Failla spoken to ex-party? In fact the only persons I know who have made such a false and ludicrous allegation are Defendants in this case, in particular, George and Antonia Pavia, Kenneth V. Gomez Esq. and John Siebert MD. Factually upon reading the attack by Judge Failla, CIG forwarded to the Court detailed evidence that CIG became the successor of Scamraiders in 2006, Couri's resignation in 2009; Scaminc in 2010; Scaminc (Colorado) 2012; Scamsinc dissolved 2014 with its assets sold to CIG-Monaco in or about 2015. Obviously Judge Failla's finger-pointing at me is at best tainted.

c) Order Docket #23. Here again Judge Failla proceeds to make ad hominem attacks on me as result of other person's or entities activities that I have little or nothing to do with. I have been in a hospital for six weeks undergoing toxic treatment for a severe infection. Thus the accusations in this Order is equally as ludicrous. I did call chambers twice from the hospital for legitimate business purposes.

d) PROSKAUER ROSE: Judge Failla's husband is employed by Proskauer Rose in New York City. It seems literally unbelievable that a sitting federal judge (Failla) would be installed in the Southern District of New York within a few miles from where her husband John practices law. If anything, Judge Failla should be in a different jurisdiction and I intend recommending such a congressional bill so that the conflicts I have experienced with Judge Failla can be avoided.

e) Notwithstanding that Judge Failla failed to disclose her incestuous relationship with Proskauer to me, Proskauer has represented the Nederlander Organization and James M. Nederlander for more than 35 years. I was intimately involved with James M. Nederalnder's estranged wife Charlene; we were contemplating marriage during the early 1980s. I engaged in numerous meetings at Proskauer with the Nederlanders and Proskauer crafted at least three wills for Charlene Nederlander from the mid-1980's to the early 2000s. Mrs. Nederlander passed away on June 19, 2019 under suspicious circumstances (her husband predeceased her in 2016). An investigation is being conducted into the elder abuse, undue influence, fraud and conversion of Mrs. Nederalander's over $100 million estate. It was learned that John Failla had access to Mrs. Nederlander's

prior will crafted by Proskauer. Those wills have not been produced and I received an email by a junior Proskauer lawyer (Mr. Lettercramer) with a misleading statement that 'Charlene had no account at Proskauer". The fact is that Proskauer represented the Nederlander Organization and the family for decades. John Failla is simply trying to fraudulently separate himself from this obvious conflict of interest.

f) Further to the foregoing and known to Judge Failla, Proskauer represents the Arlon Group in New York and CICIS Pizza LLC, both of whom owe a company that I am associated substantial amounts of money relating to property and corporate rights that they obtained illegally. This affiliation agains confirms a conflict of interest between me and this Court/Judge Failla.

ACCUSER VS ADJUDICATOR

14. Judge Failla has, by the evidence she herself created, established that she is prejudicial, bias, partial, against me and has chosen to be an accuser rather than an impartial adjudicator.

15. As any reasonable person can clearly see in a review of Judge Failla's eight orders in this case spanning about six weeks that Judge Failla has been "hell-bent" on attacking and discrediting me and as a result thereof depriving my access to prosecute this important case and my efforts to expose rampant criminality.

16. I refer the Court to the following relevant Supreme Court cases that are grounded on "Accuser vs Adjudicator":

a. Williams v Pennsylvania

b. Withrow v Larkin

c. Kent v USA

d. in Re Gault 1967

e. Golenberg v Kelly

17. The Supreme Court mandates that a federal judge "wears only one hat". The hat of an adjudicator, not of an investigator, an accuser, or a spoliator of facts and evidence. Regretfully, this Court by its pattern of orders and serial baseless attacks upon me, further confirms that this Court must be disqualified

from all aspects of this case and that all of the Orders issued by this Court in this case (eight of them) must be vacated.

18. Please see Exhibit A hereto and made a part hereof.

WHEREFORE: This Motion must be granted in its entirety and as a matter of law this Court must disqualify itself and in fact should not even decide this Motion which should be decided by an independent, impartial and unbias federal judge.

James Couri, under the laws of the United States of America, swears and declares under penalty of perjury the the foregoing is true as set forth herein, or if on information and belief, believed to be true.

Dated Aug. 9, 2019

To: USDJ Failla

James Couri

# *JIM COURI*

***575 MADISON AVE. 10TH. FL. NYC, NY 10022. TEL: 212-605-0277***


Dated: 8-8-19

Via FedEx

USDJ K. Failla
500 Pearl St.
NYC. NY 10007

Re: Supposed Order of 8-7-19

Judge:

Your recent Order dated 8-7-19 is not only falsely accusatory, but further exhibits your bias and partiality toward me and my case 19cv5436. I am getting weary wasting time trying to defend myself from your attacks against me, or your abuse of process and deprivation of due process. So here are the facts and not guesswork.

1. I have no idea what you are talking about in your Order of yesterday or the day before.
2. As an accuser, not an adjudicator (which in and of itself pursuant to the US Supreme Court are grounds for your disqualification) you falsely claim that CIG is my "alter ego". Evidence has been presented to you by CIG proving that your allegation is false.
3. On information and belief, information has been provided to me that this Court has had ex-party communications with certain defendants in this case or their affiliates.
4. The Court's denying of my Motion pursuant to 28 USC 144 and 28 USC 455 is also jaundiced.
5. Court's depraved and bias conduct exhibited since the inception of this case mandates its recusal pursuant to 28 USC 455; 28 USC 144 is another matter. 28 USC 144 (attached here) specifically states that a litigant may invoke rights to disqualify a judge at **ANYTIME** by making a motion seeking the judge's disqualification.

EXHIBIT A

6. That motion has already been made and you improvidently denied it in direct violation of the statute itself. You have exhibited not only bias and prejudicial conduct against me from the outset, but also have made wild and baseless allegations, made false and accusatory statements that have caused me delay, expense, and other injuries. I have been advised that this Court's serial misconduct and attempts to shroud the truth is a "fraud on the court". In fact this Court has repeatedly exceeded its authority.
7. For the record, I sent you nothing regarding the Charlene Nederlander estate. Other than the fact that I asked my clerk to send you a copy of a letter that I caused to have emailed to your husband, John Failla, at Proskauer Rose. The letter is self-explanatory and it was sent to John Failla Esq., who both I and others were advised (including by John's secretary) that he was the point person to locate at three missing Wills executed by Mrs. Nederlander and crafted by Proskauer.
8. You never disclosed your predisposition on suing judges, prosecutors and attorneys, and you failed to disclose your relationship to Proskauer.
9. Adding insult to injury, after it was learned that your husband John and Proskauer are somehow involved in failing to produce Charlene Nederlander's prior Wills that Proskauer crafted while representing Charlene and James M. Nederlander and after your learning my 40 year involvement with Mrs. Nederlander and her affairs, you went on a rampage and a diatribe falsely attacking me. An investigation by CIG has uncovered sufficient evidence, I am advised, that will necessitate these matters being referred to law enforcement and the IRS. The Surrogates Court has already been informed. The Nederlander matter should be none of this Court's affairs. Sadly this Court's incestuous involvement with Proskauer, where the Court's husband John is employed, is the problem.
10. For your information, I have been in a hospital for over six weeks undergoing medical care, including the treatment of a severe infection in my abdomen. I am also undergoing cancer treatment. I am gravely ill and under my present circumstances have little ability to bother responding to your crazed allegations. I'm trying to stay alive, and at the same time, trying to protect the interests belonging to the citizens of America from "bandits in black robes".

11. The court already has dozens of documents concerning my medical issues.

12. Therefore, your attack upon me not only is unfounded but it is a willful attempt to deprive due process and obstruct justice.

13. There is no reason for me to make a motion to reargue my motion seeking your immediate recusal, as said motion embraced 28 USC 144 which mandates your immediate disqualification. You had no basis in law to deny that motion.

14. Your failure to remove yourself from this case is only further evidence of your bias, prejudice and attempt to not allow me to prosecute my case and in the process has permitted a documented criminal enterprise to proliferate. This is not to mention that all of your allegations from your 6-2-19 Order to the present concerning me and my activities are intentionally false.

Accordingly, I demand, as a citizen of the United States of America, that you forthwith "stand down" and remove yourself from all aspects of Case 19cv5436. The basis of which are documents set forth in the Docket, which are a part of the evidence mandating your removal in my motion. Additionally, your antics of the past two days of finger pointing, gagging, and threats, further solidify the grounds for your disqualifications. It is not my fault that your husband John works for Proskauer Rose and is and has been involved with the Nederlanders.

In a nutshell, a federal judge threatening an eighty-year old pros-se litigant, who is also a patriot, is unconscionable and illegal, and obviously intended to malign me and damage my ability to prosecute my case. For which I intend to take every legal step to expose this court's improprieties and corrosive intentions.

Jim Couri

encls.

Case 1:19-cv-05486-KPF Document 29 Filed 11/13/19 Page 40 of 45

# 28 U.S. Code § 144. Bias or prejudice of judge

U.S. Code Notes

Whenever a **party** to any proceeding in a **district court** makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse **party**, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding.

The affidavit shall **state** the facts and the reasons for the belief that bias or prejudice exists, and shall be filed not less than ten days before the beginning of the term at which the proceeding is to be heard, or good cause shall be shown for failure to file it within such time. A **party** may file only one such affidavit in any case. It shall be accompanied by a certificate of counsel of record stating that it is made in good faith.

(June 25, 1948, ch. 646, 62 Stat. 898; May 24, 1949, ch. 139, § 65, 63 Stat. 99.)

Best Legal Intake Software - 5-Star Reviewed Best Intake

6 apps in 1 system | Dialer | Texting | Email Marketing | Text E-Sign | Online Forms lawruler.com

OPEN

EXHIBIT A

# PROOF OF SERVICE

Comi v Pani et al Re: Case 19-CV5436

Stanley Wilson being duly
sworn declares as follows:

1. I am not a party in
this case (Motion Re Rule 60)

2. On 8-10-19 I placed
Notice of Motion, Declaration
of James Comi & One Exhibit
Pre Paid in a FedEx Box
Used only for FedEx Express
Shipments to and Email
USDJ KP Failla
US Courthouse
500 Pearl Street
NYC, NY 10007

Dated 8-10-19

[signature]

STANLEY WILSON

\ *AMERICANS AGAINST CORRUPTION*

*- MONACO-*

2019 NOV 13 AM 2:17
S.D. OF N.Y.

November 11, 2019

Via: email

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 1 2 2019

USDJ K. P. Failla
US Courthouse
500 Pearl Street.
NYC, NY 10007

Re: Impeachment of Judge Failla

Judge Failla:

By now you are fully advised of the nature and purpose of AMERICANS AGAINST CORRUPTION (AAC), as well as to our activities relating to forensic investigations, Whistleblower Reports, and aiding whistleblowers in formulating and submitting Reports to the Inspector General and to US Congress for review and action.

AAC has devoted many months assembling and evaluating your activities before and during your appointment as a Federal Judge.We have carefully scrutinized your Confirmation Testimony, your actions as a USDC-SDNY Judge and in particular your conduct after the filing of Couri v Pavia (case 19cv546). This includes all of your supposed Orders, Couri Motions, the Docket entries, and all of the court filings by Mr. Couri to the 2nd Cir. regarding charges of your violations of Federal Judicial Canons 1, 2, 3, and other of your documented acts of abuse of power, violations of public trust, spoliation of evidence, retaliation against Mr. Couri, fraud on the court, exparty interaction with certain defendants named in case 19cv5436, etc., conflicts of interest and judicial perjury.

AAC has determined that your conduct mandates a Congressional Hearing relating to your Impeachment. AAC will be presenting this premise within the AAC Whistleblower Complaint which will also include the documented criminal racketeering enterprises (verified) and ongoing in America and involving State Court Judges, Prosecutors, elected officials, retaliation under18USC1512, 1513

(RICO), bribery, extortion and murder plots. Much of this Judge Failla has ignored in her lust to deprive Mr. Couri Due Process and her engaging in massive obstructing of justice.

AAC has concluded that because of your abuse of power, you have permittedcorrupt lawyers, public officials, judges and others to engage in retaliations of fals arrests, murder plots, extortion and filing fabricated criminal charges as part of a conspiracy to gag, illegally arrest and murder Mr Couri (all documented), and in evidence as part of Complaint in 19cv5436.

Judge Failla, this is not what th US Constitution and your Oath of Office represents. You should be ashamd of yourself.

In this regard, we attach some relevant data re the Impeachment by Adam Schiff of another corrupted Federal Judge a few years ago.

Accordingly, AAC respectfully suggests that Judge Failla inform the 2nd Cir. of the intentions here, as AAC has no nexus to that Court as relates to Mr. Couri's Charges against Judge Failla for her Misconduct, all documented.

AMERICANS AGAINST CORRUPTION (MONACO)

Encls.

cc: all involved parties

FedEx Express

Extremely Urgent

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed secure
For shipping terms and conditions and our limits of liability, refer to th
applicable FedEx Express shipping document, the current FedEx Servi
Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shippi
locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2018 FedEx 155475/155476 REV 3/18

See how FedEx connects the world in responsible and resourceful way
**environment.fedex.com**. Join our efforts by recycling this FedEx en

ORIGIN ID:SMOA (212) 605-0277
JAMES COURI

575 MADISON AVE
10TH FLOOR
NEW YORK, NY 10022
UNITED STATES US

SHIP DATE: 11NOV19
ACTWGT: 0.60 LB
CAD: 6987190/SSFD2021

BILL CREDIT CARD

Part # 156297-435 RRDB EXP 10/20

TO US COURTHOUSE
CLERK OF COURT
500 PEARL ST
PROS-SE INTAKE - MS. WALDREN
NEW YORK NY 10007

(000) 000-0000 REF:
INV:
PO: DEPT:

FedEx Express

E

REL# 3785346

TUE - 12 NOV 3:00P
STANDARD OVERNIGHT

TRK# 0201 7808 8831 4755

XA PCTA

10007
NY-US EWR

575 MADISON AVE
10TH FLOOR
NEW YORK, NY 10022
UNITED STATES US

BILL CREDIT CARD

TO US COURTHOUSE
CLERK OF COURT
500 PEARL ST
PROS-SE INTAKE - MS. WALDREN
NEW YORK NY 10007

(000) 000-0000 REF:
INV:
PO: DEPT:

FedEx Express

E

REL# 3785346

TUE - 12 NOV 3:00P
STANDARD OVERNIGHT

TRK# 0201 7808 8831 4755

XA PCTA

10007
NY-US EWR

USM 5W
SDNY

S.D. OF N.Y.
2019 NOV 13 AM 2:16

Express