MANDATE

S.D.N.Y. – N.Y.C.
19-cv-5436
Failla, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of January, two thousand twenty.

Present:
Rosemary S. Pooler,
Robert D. Sack,
Peter W. Hall,
*Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: Feb 27 2020

---

James Couri,

*Plaintiff-Appellant*,

v. 19-2260 (L)
19-2442 (Con)

George Pavia, et al.,

*Defendants-Appellees*.

---

In these consolidated appeals, Appellant moves for leave to pay his filing fees in three installments and seeks “emergency relief to restore case to lower court.” Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeals are DISMISSED because they “lack[] an arguable basis either in law or in fact.” *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also Pillay v. INS*, 45 F.3d 14, 17 (2d Cir. 1995) (per curiam).

FOR THE COURT:
Catherine O’Hagan Wolfe, Clerk of Court

A True Copy
Catherine O’Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/27/2020